# In the United States Court of Federal Claims

**No. 00-3150 C**

**Filed: December 12, 2006**

**LLOYD L. WILSON**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's order, filed December 8, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's claims are dismissed, with prejudice. No costs.

Brian Bishop
Clerk of Court

December 12, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.